UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHASHONEE SOLOMON, | CASE NO. CV 12-8908-DMG (PJW) |
| Petitioner, | |
| v. | J U D G M E N T |
| JIM HAMLET, WARDEN, | |
| Respondent. | |

Pursuant to the Order Dismissing Second or Successive Habeas Corpus Petition and Denying Certificate of Appealability,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: December 28, 2012

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE